10 CV 4497 RHK/FLN

Exh A-H

# Exhibit A

SCANNED

NOV 0 8 2010

U.S. DISTRICT COURT MPLS

# United States of America

## United States Patent and Trademark Office

# MATERIAL GIRLS

**Reg. No. 3,797,628**

**Registered June 1, 2010**

**Int. Cls.: 3 and 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

RWACHSBERG HOLDINGS INC. (CANADA COMPANY)
20 GRANITERIDGE ROAD
CONCORD, CANADA L4K 5M8

FOR: (BASED ON 44(E)) NON-MEDICATED PERSONAL CARE PRODUCTS, NAMELY, SHAMPOOS AND HAIR CONDITIONERS, SKIN MOISTURIZERS, HUMAN BODY CONDITIONING AND SKIN TREATMENT LOTIONS, HUMAN BODY CONDITIONING AND SKIN TREATMENT CREAMS, ANTI-AGING AND STRETCH MARK CREAMS, LOTIONS AND CREAMS FOR HANDS, NAILS, SKIN, FACE, HAIR, VARICOSE VEINS, FOOT AND LEG MUSCLES AND JOINTS, DEPILATORY LOTIONS AND CREAMS, SHAVING LOTIONS AND CREAMS, NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, LOTIONS AND CREAMS FOR TREATING DRY AND DAMAGED SKIN, ANTI-AGING, FIRMING, ANTI-WRINKLE, STRETCH MARKS, UNDER EYE AND EYELID FIRMING; GELS, NAMELY, DEPILATORY GELS, SHAVING GELS, SHOWER GELS, MOISTURIZING AND ANTI-AGING GELS, STRETCH MARK GELS, OILS, NAMELY, BATH OILS, BODY OILS, COSMETIC OILS, AND NUTRITIONAL OILS FOR COSMETIC PURPOSES, NON-MEDICATED HUMAN BODY SERUMS, PETROLEUM JELLY FOR COSMETIC PURPOSES, COSMETIC SUN PROTECTION CREAMS, SOAPS, LIQUID SOAPS, BAR SOAPS, ANTI-BACTERIAL LIQUID SOAPS, ANTI-BACTERIAL BAR SOAPS, HAND SANITIZERS, HUMAN BODY SPRAYS, REFRESHER BODY SPRAYS, BODY WASHING SOAPS BUBBLE BATH; BODY AND FACIAL SCRUBS, MASKS, NAMELY, BEAUTY MASKS, FACIAL MASKS, BODY MASKS, GEL EYE MASKS, SKIN MASKS, AND SKIN MOISTURIZER MASKS, FACE PEELS, NON-MEDICATED SKIN CARE PREPARATIONS, AND WRINKLE REMOVING SKIN CARE PREPARATIONS, SUN CREAMS AND LOTIONS WITH AND WITHOUT SPF INCLUDING SUNLESS TANNING CREAM, SUNBLOCK, TALCUM POWDER, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: NUTRITIONAL SUPPLEMENTS FOR HUMAN CONSUMPTION; BARS FOR HUMAN CONSUMPTION, NAMELY, MEAL REPLACEMENT BARS, VITAMINS AND MINERALS FORMED AND PACKAGED AS BARS, POWDERS FOR HUMAN CONSUMPTION, NAMELY, POWDERED NUTRITIONAL SUPPLEMENT DRINK MIXES, MEAL REPLACEMENT POWDERS; SHAKES FOR HUMAN CONSUMPTION, NAMELY, MEAL REPLACEMENT SHAKES, VITAMINS FOR HUMAN CONSUMPTION, NUTRITIONAL SUPPLEMENTS FOR HUMAN CONSUMPTION, DIETARY SUPPLEMENTS FOR HUMAN CONSUMPTION; NUTRACEUTICALS FOR HUMAN USE, FOR ANTI-AGING, ANTI-WRINKLES, SKIN CONDITIONING, SKIN FIRMING, WEIGHT LOSS AND WEIGHT MAINTENANCE, NAMELY, PILLS, CAPSULES, GEL CAPS AND TABLETS; MEDICATED SKIN CARE PREPARATIONS FOR HUMAN USE IN THE FORM OF DAYTIME AND NIGHTTIME PILLS, CAPSULES, GEL CAPS AND TABLETS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 7-16-2005; IN COMMERCE 8-25-2005.



David J. Kappos

Director of the United States Patent and Trademark Office

**Reg. No. 3,797,628**    THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF CANADA REG. NO. TMA714977, DATED 5-23-2008, EXPIRES 5-23-2023.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GIRLS", APART FROM THE
MARK AS SHOWN.

SN 78-746,301, FILED 11-3-2005.

ELI HELLMAN, EXAMINING ATTORNEY

Exhibit B



Exhibit C

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 77886045**
**Filing Date: 12/04/2009**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| MARK INFORMATION | |
| *MARK | MATERIAL GIRL |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MATERIAL GIRL |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Material Girl Brand, LLC |
| INTERNAL ADDRESS | c/o Richard Feldstein Nigro Karin Segal |
| *STREET | 10100 Santa Monica Blvd. |
| *CITY | Los Angeles |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 90067 |

| | |
|---|---|
| **(Required for U.S. applicants only)** | |
| **EMAIL ADDRESS** | atarshis@iconixbrand.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | LIMITED LIABILITY COMPANY |
| **\* STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 003 |
| **IDENTIFICATION** | Body lotion; Body scrub; Body sprays; Cosmetics and make-up; Liquid soaps for hands, face and body; Perfume |
| **\*FILING BASIS** | SECTION 1(b) |
| **\* INTERNATIONAL CLASS** | 009 |
| **IDENTIFICATION** | Cases for eyeglasses and sunglasses; Eyeglasses; Frames for spectacles and sunglasses; Sunglasses |
| **\*FILING BASIS** | SECTION 1(b) |
| **\*INTERNATIONAL CLASS** | 014 |
| **IDENTIFICATION** | Ankle bracelets; Bangle bracelets; Bracelets; Earrings; Jewelry; Necklaces; Rings; Watches |
| **\*FILING BASIS** | SECTION 1(b) |
| **\*INTERNATIONAL CLASS** | 018 |
| **IDENTIFICATION** | Briefcases; Change purses; Coin purses; Credit card cases; Handbags; Knapsacks; Leather purses; Luggage; Overnight bags; Pocketbooks; Purses; Travel cases; Wallets |
| **\*FILING BASIS** | SECTION 1(b) |
| **\*INTERNATIONAL CLASS** | 025 |
| **IDENTIFICATION** | Belts for clothing; Boots; Bras; Coats; Dress shirts; Gloves; Hats; Jackets; Jeans; Knit shirts; Lingerie; Long-sleeved shirts; Night shirts; Overcoats; Pants; Rain coats; Sandals; Scarves; Shoes; Shorts; Skirts and dresses; |

| | | Socks; Sweaters; Swimwear; T-shirts; Underwear |
|---|---|---|
| *FILING BASIS | | SECTION 1(b) |
| **ADDITIONAL STATEMENTS INFORMATION** | | |
| *TRANSLATION (if applicable) | | |
| *TRANSLITERATION (if applicable) | | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | | |
| *CONSENT (NAME/LIKENESS) (if applicable) | | |
| *CONCURRENT USE CLAIM (if applicable) | | |
| **CORRESPONDENCE INFORMATION** | | |
| *NAME | | Andrew R. Tarshis |
| FIRM NAME | | Iconix Brand Group, Inc. |
| INTERNAL ADDRESS | | 3rd Floor |
| *STREET | | 1450 Broadway |
| *CITY | | New York |
| *STATE (Required for U.S. applicants) | | New York |
| *COUNTRY | | United States |
| *ZIP/POSTAL CODE | | 10018 |
| *EMAIL ADDRESS | | atarshis@iconixbrand.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | | Yes |
| **FEE INFORMATION** | | |
| NUMBER OF CLASSES | | 5 |
| FEE PER CLASS | | 275 |
| *TOTAL FEE PAID | | 1375 |
| **SIGNATURE INFORMATION** | | |
| *SIGNATURE | | /atarshis/ |

| SIGNATORY'S NAME | Andrew R. Tarshis |
|---|---|
| SIGNATORY'S POSITION | EVP |
| DATE SIGNED | 12/04/2009 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 77886045
### Filing Date: 12/04/2009

## To the Commissioner for Trademarks:

**MARK:** MATERIAL GIRL (Standard Characters, see mark)
The literal element of the mark consists of MATERIAL GIRL.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Material Girl Brand, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    c/o Richard Feldstein Nigro Karin Segal,
    10100 Santa Monica Blvd.
    Los Angeles, California 90067
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**

    International Class 003: Body lotion; Body scrub; Body sprays; Cosmetics and make-up; Liquid soaps for hands, face and body; Perfume
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**

International Class 009:  Cases for eyeglasses and sunglasses; Eyeglasses; Frames for spectacles and sunglasses; Sunglasses
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**

International Class 014:  Ankle bracelets; Bangle bracelets; Bracelets; Earrings; Jewelry; Necklaces; Rings; Watches
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**

International Class 018:  Briefcases; Change purses; Coin purses; Credit card cases; Handbags; Knapsacks; Leather purses; Luggage; Overnight bags; Pocketbooks; Purses; Travel cases; Wallets
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**

International Class 025:  Belts for clothing; Boots; Bras; Coats; Dress shirts; Gloves; Hats; Jackets; Jeans; Knit shirts; Lingerie; Long-sleeved shirts; Night shirts; Overcoats; Pants; Rain coats; Sandals; Scarves; Shoes; Shorts; Skirts and dresses; Socks; Sweaters; Swimwear; T-shirts; Underwear
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


Correspondence Information: Andrew R. Tarshis
                               3rd Floor
                               1450 Broadway
                               New York, New York 10018
                               atarshis@iconixbrand.com (authorized)

A fee payment in the amount of $1375 has been submitted with the application, representing payment for 5 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is

properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /atarshis/   Date Signed: 12/04/2009
Signatory's Name: Andrew R. Tarshis
Signatory's Position: EVP

RAM Sale Number: 7720
RAM Accounting Date: 12/04/2009

Serial Number: 77886045
Internet Transmission Date: Fri Dec 04 10:57:06 EST 2009
TEAS Stamp: USPTO/FTK-38.105.225.1-20091204105706498
906-77886045-460396d1e9ac6ace7194e0182b5
1b41be-DA-7720-20091204104406080231

# MATERIAL GIRL

Exhibit D

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2010-11-05 11:37:22 ET

**Serial Number:** 77886045 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# MATERIAL GIRL

**(words only):** MATERIAL GIRL

**Standard Character claim:** Yes

**Current Status:** An opposition is now pending at the Trademark Trial and Appeal Board.

**Date of Status:** 2010-08-19

**Filing Date:** 2009-12-04

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**Attorney Assigned:**
LE KHANH M

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2010-06-14

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Material Girl Brand, LLC

**Address:**
Material Girl Brand, LLC
c/o Richard Feldstein Nigro Karin Segal 10100 Santa Monica Blvd.
Los Angeles, CA 90067
United States
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
Cases for eyeglasses and sunglasses; Eyeglasses; Frames for spectacles and sunglasses; Sunglasses
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 014
**Class Status:** Active
Ankle bracelets; Bangle bracelets; Bracelets; Earrings; Jewelry; Necklaces; Rings; Watches
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
Briefcases; Change purses; Coin purses; Credit card cases; Handbags; Knapsacks; Leather purses;
Luggage; Overnight bags; Pocketbooks; Purses; Travel cases; Wallets
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
Belts for clothing; Boots; Bras; Coats; Dress shirts; Gloves; Hats; Jackets; Jeans; Knit shirts; Lingerie;
Long-sleeved shirts; Night shirts; Overcoats; Pants; Rain coats; Sandals; Scarves; Shoes; Shorts; Skirts
and dresses; Socks; Sweaters; Swimwear; T-shirts; Underwear
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2010-08-19 - Opposition instituted for Proceeding

2010-08-19 - Extension Of Time To Oppose Received

2010-07-20 - Notice Of Publication E-Mailed

2010-07-20 - Published for opposition

2010-06-14 - Law Office Publication Review Completed

2010-06-14 - Assigned To LIE

2010-05-28 - Approved For Pub - Principal Register

2010-05-11 - Examiner's Amendment Entered

2010-05-11 - Notification Of Examiners Amendment E-Mailed

2010-05-11 - EXAMINERS AMENDMENT E-MAILED

2010-05-11 - Examiners Amendment -Written

2010-03-09 - Notification Of Letter Of Suspension E-Mailed

2010-03-09 - Letter of suspension e-mailed

2010-03-09 - Suspension Letter Written

2010-03-09 - Assigned To Examiner

2009-12-11 - New Application Office Supplied Data Entered In Tram

2009-12-08 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
ROBERTA S. BREN
OBLON SPIVAK MCCLELLAND MAIER NEUSTADT,
1940 DUKE STREET
ALEXANDRIA, VA 22314

Exhibit E

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85036126**
**Filing Date: 05/12/2010**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | MATERIAL GIRL |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MATERIAL GIRL |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | MG ICON LLC |
| *STREET | 1450 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 10018 |

| EMAIL ADDRESS | atarshis@iconixbrand.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 003 |
| IDENTIFICATION | Body lotions; Cosmetics; Perfume |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| DISCLAIMER | No claim is made to the exclusive right to use girl apart from the mark as shown. |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Andrew R. Tarshis |
| FIRM NAME | Iconix Brand Group, Inc. |
| *STREET | 1450 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 10018 |
| *EMAIL ADDRESS | atarshis@iconixbrand.com |

| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
|---|---|
| FEE INFORMATION | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |
| SIGNATURE INFORMATION | |
| * SIGNATURE | /atarshis/ |
| *SIGNATORY'S NAME | Andrew R. Tarshis |
| * SIGNATORY'S POSITION | EVP |
| * DATE SIGNED | 05/12/2010 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 85036126**
**Filing Date: 05/12/2010**

## To the Commissioner for Trademarks:

**MARK:** MATERIAL GIRL (Standard Characters, see mark)
The literal element of the mark consists of MATERIAL GIRL.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, MG ICON LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    1450 Broadway
    New York, New York 10018
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**

International Class 003: Body lotions; Cosmetics; Perfume
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

No claim is made to the exclusive right to use girl apart from the mark as shown.

Correspondence Information: Andrew R. Tarshis

> 1450 Broadway
> New York, New York 10018
> atarshis@iconixbrand.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /atarshis/   Date Signed: 05/12/2010
Signatory's Name: Andrew R. Tarshis
Signatory's Position: EVP

RAM Sale Number: 7683
RAM Accounting Date: 05/12/2010

Serial Number: 85036126

Internet Transmission Date: Wed May 12 10:34:41 EDT 2010
TEAS Stamp: USPTO/FTK-38.105.225.1-20100512103441005
582-85036126-46054e0af5e1cf0c3295775b11e
94d1966-DA-7683-20100512102440727354

# MATERIAL GIRL

Exhibit F



To:         MG ICON LLC (atarshis@iconixbrand.com)
Subject:    U.S. TRADEMARK APPLICATION NO. 85036126 - MATERIAL GIRL - N/A
Sent:       8/25/2010 12:24:54 PM
Sent As:    ECOM109@USPTO.GOV
Attachments: Attachment - 1
            Attachment - 2
            Attachment - 3
            Attachment - 4
            Attachment - 5
            Attachment - 6
            Attachment - 7
            Attachment - 8
            Attachment - 9
            Attachment - 10
            Attachment - 11
            Attachment - 12
            Attachment - 13
            Attachment - 14
            Attachment - 15
            Attachment - 16
            Attachment - 17
            Attachment - 18
            Attachment - 19
            Attachment - 20
            Attachment - 21
            Attachment - 22
            Attachment - 23
            Attachment - 24

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**    85/036126

**MARK**: MATERIAL GIRL

# *85036126*

**CORRESPONDENT ADDRESS:**
ANDREW R. TARSHIS
ICONIX BRAND GROUP, INC.
1450 BROADWAY
NEW YORK, NY 10018-2201

**CLICK HERE TO RESPOND TO THIS LETTER:**
**http://www.uspto.gov/teas/eTEASpageD.htm**

**APPLICANT:**   MG ICON LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**
atarshis@iconixbrand.com

# OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 8/25/2010**

**TEAS PLUS APPLICANTS MUST SUBMIT DOCUMENTS ELECTRONICALLY OR SUBMIT FEE:** Applicants who filed their application online using the reduced-fee TEAS Plus application must continue to submit certain documents online using TEAS, including responses to Office actions. *See* 37 C.F.R. §2.23(a)(1). For a complete list of these documents, see TMEP §819.02(b). In addition, such applicants must accept correspondence from the Office via e-mail throughout the examination process and must maintain a valid e-mail address. 37 C.F.R. §2.23(a)(2); TMEP §§819, 819.02(a). TEAS Plus applicants who do not meet these requirements must submit an additional fee of $50 per international class of goods and/or services. 37 C.F.R. §2.6(a)(1)(iv); TMEP §819.04. In appropriate situations and where all issues can be resolved by amendment, responding by telephone to authorize an examiner's amendment will not incur this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

### Section 2(d) – Likelihood of Confusion

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 3797628. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the enclosed registration.

Taking into account the relevant *du Pont* factors, a likelihood of confusion determination in this case involves a two-part analysis. The marks are compared for similarities in their appearance, sound, connotation and commercial impression. TMEP §§1207.01, 1207.01(b). The goods and/or services are compared to determine whether they are similar or commercially related or travel in the same trade channels. *See Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002); *Han Beauty, Inc. v. Alberto-Culver Co.*, 236 F.3d 1333, 1336, 57 USPQ2d 1557, 1559 (Fed. Cir. 2001); TMEP §§1207.01, 1207.01(a)(vi).

### Mark

The applicant's mark, MATERIAL GIRL, is virtually identical to registered mark, MATERIAL GIRLS. The only difference in the marks is the registrant pluralized the term GIRL in. This difference does not alter the commercial impression of the marks.

Trademarks consisting of the singular and plural forms of the same term are essentially the same mark. *See Wilson v. Delaunay*, 245 F.2d 877, 878, 114 USPQ 339, 341 (C.C.P.A. 1957) (finding no material difference between the singular and plural forms of ZOMBIE such that the marks were considered the same mark); *In re Pix of Am., Inc.*, 225 USPQ 691, 692 (TTAB 1985) (noting that the pluralization of NEWPORT is "almost totally insignificant" in terms of likelihood of confusion among purchasers);*In re Sarjanian*, 136 USPQ 307, 308 (TTAB 1962) (finding no material difference between the singular and plural forms of RED DEVIL).

### Goods

The applicant's goods are *"Body lotions; Cosmetics; Perfume."* The registrant's goods are *"Non-medicated personal care products, namely, shampoos and hair conditioners, skin moisturizers, human body conditioning and skin treatment lotions, human body conditioning and skin treatment creams, anti-aging and stretch mark creams, lotions and creams for hands, nails, skin, face, hair, varicose veins, foot and leg muscles and joints, depilatory lotions and creams, shaving lotions and creams, non-medicated skin care preparations, namely, lotions and creams for treating dry and damaged skin, anti-aging, firming, anti-wrinkle, stretch marks, under eye and eyelid firming; gels, namely, depilatory gels, shaving gels, shower gels, moisturizing and anti-aging gels, stretch mark gels, oils, namely, bath oils, body oils, cosmetic oils, and nutritional oils for cosmetic purposes, non-medicated human body serums, petroleum jelly for cosmetic purposes, cosmetic sun protection creams, soaps, liquid soaps, bar soaps, anti-bacterial liquid soaps, anti-bacterial bar soaps, hand sanitizers, human body sprays, refresher body sprays, body washing soaps bubble bath; body and facial scrubs, masks, namely, beauty masks, facial masks, body masks, gel eye masks, skin masks, and skin moisturizer masks, face peels, non-medicated skin care preparations, and wrinkle removing skin care preparations, sun creams and lotions with and without SPF including sunless tanning cream, sunblock, talcum powder."*

The registrant's good are various types of lotions and cosmetics. Additionally, the applicant's goods, specifically perfumes are very related to the registrant's goods. Attached are copies of printouts from the USPTO X-Search database, which show third-party registrations of marks used in connection with the same or similar goods as those of applicant and registrant in this case. These printouts have probative value to the extent that they serve to suggest that the goods listed therein, namely perfumes, shampoo, skin care preparations, and soaps, are of a kind that may emanate from a single source. *In re Infinity Broad.*

*Corp. of Dallas*, 60 USPQ2d 1214, 1217-18 (TTAB 2001); *In re Albert Trostel & Sons Co.*, 29 USPQ2d 1783, 1785-86 (TTAB 1993); *In re Mucky Duck Mustard Co.*, 6 USPQ2d 1467, 1470 n.6 (TTAB 1988); TMEP §1207.01(d)(iii).

Likelihood of confusion is determined on the basis of the goods as they are identified in the application and registration. *Hewlett-Packard Co. v. Packard Press Inc.*, 281 F.3d 1261, 1267-68, 62 USPQ2d 1001, 1004-05 (Fed. Cir. 2002); *In re Shell Oil Co.*, 992 F.2d 1204, 1207 n.4, 26 USPQ2d 1687, 1690 n.4 (Fed. Cir. 1993); *In re Thor Tech, Inc.*, 90 USPQ2d 1634, 1637-38 (TTAB 2009); TMEP §1207.01(a)(iii).

In this case, applicant's goods are identified broadly. Therefore, it is presumed that the application encompasses all goods of the type described, including those in the registrant's more specific identification, that they move in all normal channels of trade, and that they are available to all potential customers. *See* TMEP §1207.01(a)(iii); *see, e.g., In re Americor Health Servs.*, 1 USPQ2d 1670, 1670-71 (TTAB 1986); *In re Equitable Bancorporation*, 229 USPQ 709, 710 (TTAB 1986).

Accordingly, because confusion as to source is likely, registration is refused under Trademark Act Section 2(d) based on a likelihood of confusion.

The overriding concern is not only to prevent buyer confusion as to the source of the goods and/or services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1025 (Fed. Cir. 1988).

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

If applicant has questions about its application or this Office action, please contact the assigned trademark examining attorney at the telephone number below.

/csobral/
Christina M. Sobral
Trademark Attorney
Law Office 109
571.272.5703

**TO RESPOND TO THIS LETTER:** Use the Trademark Electronic Application System (TEAS) response form at http://teasroa.uspto.gov/roa/. Please wait 48-72 hours from the issue/mailing date before using TEAS, to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov.

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using Trademark Applications and Registrations Retrieval (TARR) at http://tarr.uspto.gov/. Please keep a copy of the complete TARR screen. If TARR shows no change for more than six months, call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/teas/eTEASpageE.htm.

**Print: Aug 25, 2010**                          **78746301**

**DESIGN MARK**

**Serial Number**
78746301

**Status**
REGISTERED

**Word Mark**
MATERIAL GIRLS

**Standard Character Mark**
Yes

**Registration Number**
3797628

**Date Registered**
2010/06/01

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Rwachsberg Holdings Inc. COMPANY CANADA 20 Graniteridge Road Concord
CANADA L4K 5M8

**Goods/Services**
Class Status -- ACTIVE. IC 005. US 006 018 044 046 051 052. G & S:
Nutritional supplements for human consumption; bars for human
consumption, namely, meal replacement bars, vitamins and minerals
formed and packaged as bars; powders for human consumption, namely,
powdered nutritional supplement drink mixes, meal replacement powders;
shakes for human consumption, namely, meal replacement shakes,
vitamins for human consumption, nutritional supplements for human
consumption, dietary supplements for human consumption; nutraceuticals
for human use, for anti-aging, anti-wrinkles, skin conditioning, skin
firming, weight loss and weight maintenance, namely, pills, capsules,
gel caps and tablets; medicated skin care preparations for human use
in the form of daytime and nighttime pills, capsules, gel caps and
tablets. First Use: 2005/07/16. First Use In Commerce: 2005/08/25.

**Goods/Services**
Class Status -- ACTIVE. IC 003. US 001 004 006 050 051 052. G & S:
(Based on 44(e)) Non-medicated personal care products, namely,

-1-

**Print: Aug 25, 2010**                    **78746301**

shampoos and hair conditioners, skin moisturizers, human body
conditioning and skin treatment lotions, human body conditioning and
skin treatment creams, anti-aging and stretch mark creams, lotions and
creams for hands, nails, skin, face, hair, varicose veins, foot and
leg muscles and joints, depilatory lotions and creams, shaving lotions
and creams, non-medicated skin care preparations, namely, lotions and
creams for treating dry and damaged skin, anti-aging, firming,
anti-wrinkle, stretch marks, under eye and eyelid firming; gels,
namely, depilatory gels, shaving gels, shower gels, moisturizing and
anti-aging gels, stretch mark gels, oils, namely, bath oils, body
oils, cosmetic oils, and nutritional oils for cosmetic purposes,
non-medicated human body serums, petroleum jelly for cosmetic
purposes, cosmetic sun protection creams, soaps, liquid soaps, bar
soaps, anti-bacterial liquid soaps, anti-bacterial bar soaps, hand
sanitizers, human body sprays, refresher body sprays, body washing
soaps bubble bath; body and facial scrubs, masks, namely, beauty
masks, facial masks, body masks, gel eye masks, skin masks, and skin
moisturizer masks, face peels, non-medicated skin care preparations,
and wrinkle removing skin care preparations, sun creams and lotions
with and without SPF including sunless tanning cream, sunblock, talcum
powder.

**Foreign Country Name**
CANADA

**Foreign Registration Number**
TMA714977

**Foreign Registration Date**
2008/05/23

**Foreign Expiration Date**
2023/05/23

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GIRLS" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2005/11/03

**Examining Attorney**
HELLMAN, ELI

**Attorney of Record**
Stephen R. Baird

# MATERIAL GIRLS

**Print: Aug 25, 2010**                    **77345445**

## DESIGN MARK

**Serial Number**
77345445

**Status**
REGISTERED

**Word Mark**
NATURE...SCIENCE...IN HARMONY

**Standard Character Mark**
No

**Registration Number**
3737532

**Date Registered**
2010/01/12

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Hinch, Nannette Barich INDIVIDUAL UNITED STATES 2025 Pinecrest Drive
San Martin CALIFORNIA 95046

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
Body creams; Body lotions; Body masks; Body oils; Body scrub; Body
washes; Aromatherapy body care products, namely, body lotion, shower
gel, cuticle cream, shampoo, conditioner, non-medicated lip balm,
soap, body polish, body and foot scrub and non-medicated foot cream;
Bath and shower gels and salts not for medical purposes; Body cream
soap; Body deodorants; Body sprays; Facial beauty masks; Facial
cleansers; Facial cleansing milk; Facial concealer; Facial creams;
Facial lotion; Facial masks; Facial scrubs; Facial washes; Fragrances
and perfumery; Hair shampoos and conditioners; Make-up removing milk,
gel, lotions and creams; Shower and bath gel; Skin care preparations,
namely, fruit acid peels for skin; Skin care products, namely,
non-medicated skin serum; Wrinkle removing skin care preparations;
Body mask cream; Body sprays, namely, water in atomized containers
used to produce a cooling effect; Colognes, perfumes and cosmetics;
Conditioners; Deodorants for body care; Face and body creams; Face and
body lotions; Scented body lotions and creams; Scented body spray;

**Print: Aug 25, 2010**                    **77345445**

Skin care preparations, namely, body balm; Sun care lotions.  First
Use: 2008/01/02.  First Use In Commerce: 2008/01/02.

**Description of Mark**
The mark consists of black letters.

**Colors Claimed**
The color(s) black letters is/are claimed as a feature of the mark.

**Filing Date**
2007/12/06

**Examining Attorney**
OLANDRIA, WARREN L.

*Nature...Science...In Harmony*

**Print: Aug 25, 2010**                    **77407060**

## DESIGN MARK

**Serial Number**
77407060

**Status**
REGISTERED

**Word Mark**
AMBRE BLENDS

**Standard Character Mark**
Yes

**Registration Number**
3673888

**Date Registered**
2009/08/25

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Ambre LLC LIMITED LIABILITY COMPANY INDIANA 6109 Haverford Avenue
Indianapolis INDIANA 46220

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
Aromatherapy body care products, namely, body lotion, shower gel,
cuticle cream, shampoo, conditioner, non-medicated lip balm, soap,
body polish, body and foot scrub and non-medicated foot cream; Body
and beauty care cosmetics; Body cream; Beauty creams; Skin care
preparation, namely, body polish; Face and body lotions; Cosmetics in
general, including perfumes; Oils for perfumes and scents.  First Use:
2005/04/30.  First Use In Commerce: 2005/04/30.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLENDS" APART FROM THE
MARK AS SHOWN.

**Translation Statement**
The foreign wording "AMBRE"  in the mark translates into English as
"AMBER".

**Print: Aug 25, 2010**                    **77407060**

**Filing Date**
2008/02/27

**Examining Attorney**
BUSH, KAREN K.

**Attorney of Record**
Amy Wright

# AMBRE BLENDS

**Print: Aug 25, 2010**                    **77449977**

## DESIGN MARK

**Serial Number**
77449977

**Status**
REGISTERED

**Word Mark**
PAÑPURI

**Standard Character Mark**
Yes

**Registration Number**
3629768

**Date Registered**
2009/06/02

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Puri Company Limited CORPORATION THAILAND Phaholyothin Rd.,
Samsaennai, Phayathai Bangkok 10400 THAILAND

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
hair care preparations, namely, shampoos, hair cleansers, hair washes,
hair detoxifiers, and hair conditioners, moisturizing spray and hair
sculpting gels, hair coloring preparations, and hair waving lotions;
Skin care preparations, namely, soaps, skin moisturizers, skin toners,
skin cleansing preparations, skin lotions, beauty masques and skin
astringents for cosmetic purposes, shaving creams, shower gels;
Personal hygiene preparations, namely, total body cleaning
preparation, toilet water, perfumes and colognes, massage oils and
lotions; Essential oils and oil mists for personal use; Skin creams,
skin lotions, skin emollients, moisturizing body oils and lotions, lip
balms, face and body scrubs, body washes, skin detoxifiers and skin
polishes; Hand lotions, creams and cleansers; Foot scrubs and creams.
First Use: 2003/10/01.  First Use In Commerce: 2003/10/01.

**Prior Registration(s)**
3519247

-1-

**Print: Aug 25, 2010**                    **77449977**

**Translation Statement**
The foreign wording in the mark translates into English as "palace of wisdom".

**Filing Date**
2008/04/16

**Examining Attorney**
FENNESSY, EDWARD

**Attorney of Record**
Iliya M. Fridman, Esq.

# PAÑPURI

**Print: Aug 25, 2010**               **77534976**

**DESIGN MARK**

**Serial Number**
77534976

**Status**
REGISTERED

**Word Mark**
TAHE

**Standard Character Mark**
No

**Registration Number**
3586540

**Date Registered**
2009/03/10

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Distribuciones Magaña, S.L. SOCIEDAD DE RESPONSABILIDAD LIMITADA (SL)
SPAIN Parc. 8/3 Poligono Ind. Oeste, c/ Paraguay San Gines (Murcia)
SPAIN 30169

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
After-shave lotions; Artificial eyelashes; Artificial fingernails;
Astringents for cosmetic purposes; Bath gel; Bath oil; Bath powder;
Beauty masks; Body cream; Body oil; Body powder; Cold cream; Cologne;
Cosmetic pencils; Cosmetics; Cosmetics, namely, compacts; Cotton for
cosmetic purposes; Cuticle removing preparations; Dentifrices;
Deodorant soap; Depilatory creams; Eye cream; Eye make-up; Eye make-up
remover; Eye shadow; Eyeliners; Face powder; Hair bleaching
preparations; Hair care preparations; Hair conditioners; Hair creams;
Hair lotions; Hand cream; Hand soaps; Lip balm; Lipstick; Mascara;
Nail care preparations; Nail cream; Nail polish; Nail polish remover;
Night cream; Non-medicated bath salts; Perfume; Perfumery; Personal
deodorants; Shampoos; Shaving balm; Shaving cream; Skin cleansing
lotion; Skin cream; Skin moisturizer; Skin soap; Sun tan lotion; Sun
tan oil; Sun-tanning preparations; Wax stripping preparations; Wrinkle
removing skin care preparations.  First Use: 2001/08/01.  First Use In

**Print: Aug 25, 2010**                              **77534976**

Commerce: 2005/02/01.

**Prior Registration(s)**
2778990;2977371

**Description of Mark**
The mark consists of the stylized word "TAHE" with a dot inside the
letter "E" .

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2008/07/30

**Examining Attorney**
RITTNER, HANNO

**Attorney of Record**
Laurel V. Dineff

**Print: Aug 25, 2010**                    **77719583**

**DESIGN MARK**

**Serial Number**
77719583

**Status**
REGISTERED

**Word Mark**
LIFELOGIC

**Standard Character Mark**
Yes

**Registration Number**
3774239

**Date Registered**
2010/04/13

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
SECCO Technologies, LLC LIMITED LIABILITY COMPANY NORTH CAROLINA 4064
Colony Road Suite 150 Charlotte NORTH CAROLINA 28211

**Goods/Services**
Class Status -- ACTIVE. IC 003. US  001 004 006 050 051 052.  G & S:
Cosmetic and skin care products, namely, hand and body soaps, lotions,
creams, cleansers, scrubs, shampoos, perfume oils, medicated soaps,
wipes and tissues impregnated with cleaning preparations for skin and
hands, non-medicated skin care preparations, bar soap, and gift sets
comprised primarily of non-medicated skin and hair preparations.
First Use: 2008/01/00.  First Use In Commerce: 2008/01/00.

**Goods/Services**
Class Status -- ACTIVE. IC 005.  US  006 018 044 046 051 052.  G & S:
Antibacterial alcohol skin sanitizer mist; hand and body antiseptics
for consumer and professional use; medicated shampoo; medicated skin
care preparations.  First Use: 2008/01/00.  First Use In Commerce:
2008/01/00.

**Filing Date**
2009/04/22

-1-

**Print: Aug 25, 2010**                    **77719583**

**Examining Attorney**
TOOLEY, DAVID

**Attorney of Record**
Kathryn A. Gromlovits

# LIFELOGIC

**Print: Aug 25, 2010**                    **77734851**

**DESIGN MARK**

**Serial Number**
77734851

**Status**
REGISTERED

**Word Mark**
VELVET GARDENS

**Standard Character Mark**
Yes

**Registration Number**
3727850

**Date Registered**
2009/12/22

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Joni L. Savage DBA Velvet Gardens LLC INDIVIDUAL UNITED STATES 101
Buffalo Trail Somers MONTANA 59932

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
Aromatherapy body care products, namely, body lotion, shower gel,
cuticle cream, shampoo, conditioner, non-medicated lip balm, soap,
body polish, body and foot scrub and non-medicated foot cream; Beauty
creams for body care; Body and beauty care cosmetics; Colognes,
perfumes and cosmetics; Cosmetic creams for skin care; Cosmetic
preparations for body care; Cosmetic preparations for skin renewal;
Cosmetics and make-up; Cosmetics in general, including perfumes; Face
creams for cosmetic use; Lotions for face and body care; Non-medicated
preparations all for the care of skin, hair and scalp; Non-medicated
skin care preparations, namely, creams, lotions, gels, toners,
cleaners and peels; Non-medicated skin creams; Skin and body topical
lotions, creams and oils for cosmetic use; Skin care preparations,
namely, body balm; Skin care products, namely, non-medicated skin
serum; Skin cleansers; Skin cleansing cream; Skin conditioners; Skin
creams; Skin creams in liquid and in solid form; Skin lotions; Skin
masks; Skin moisturizer; Skin soap; Skin toners; Solid powder for

-1-

**Print: Aug 25, 2010**                          **77734851**

compacts; Toners; Wrinkle-minimizing cosmetic preparations for topical
facial use.   First Use: 2003/05/01.   First Use In Commerce:
2005/05/12.

**Filing Date**
2009/05/12

**Examining Attorney**
TOOLEY, DAVID

# VELVET GARDENS

**Print: Aug 25, 2010**                    **77833056**

**DESIGN MARK**

**Serial Number**
77833056

**Status**
REGISTERED

**Word Mark**
REAL NATURAL & ORGANIC

**Standard Character Mark**
No

**Registration Number**
3836960

**Date Registered**
2010/08/24

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Hinch, Nannette Barich INDIVIDUAL UNITED STATES 2025 Pinecrest Drive
San Martin CALIFORNIA 95046

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
Organic personal care products, namely, age spot reducing creams,
aromatherapy body care products, namely, body lotion, shower gel,
cuticle cream, shampoo, conditioner, non-medicated lip balm, soap,
body polish, body and foot scrub and non-medicated foot cream, bath
and shower gels and salts not for medical purposes, bath salts, beauty
serums, body butter, body cream soap, body creams, body deodorants,
body lotions, body mask cream, body masks, body oils, body scrub, body
spray used as a personal deodorant and as fragrance, body sprays, body
washes, cleansing milk, colognes, perfumes and cosmetics,
conditioners, cream soaps, deodorants for body care, essential oils,
essential oils for use in the manufacture of scented products,
exfoliant creams, eye cream, eye gels, face and body creams, face and
body lotions, face milk and lotions, facial beauty masks, facial
cleansers, facial cleansing milk, facial concealer, facial creams,
facial lotion, facial masks, facial scrubs, facial washes, foam
cleansers for personal use, foot scrubs, fragrances and perfumery,

-1-

**Print: Aug 25, 2010**                    **77833056**

hair shampoos and conditioners, hand creams, lip balm, make-up
removing milk, gel, lotions and creams, massage oils, night cream,
non-medicated anti-aging serum, scented body lotions and creams,
scented body spray, shower and bath gel, skin care preparations,
namely, body balm, skin care preparations, namely, fruit acid peels
for skin, skin care products, namely, non-medicated skin serum, sun
care lotions, toning lotion, for the face, body and hands, all of the
foregoing being organic.  First Use: 2008/03/17.  First Use In
Commerce: 2008/03/17.

**Prior Registration(s)**
2025212

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NATURAL & ORGANIC"
APART FROM THE MARK AS SHOWN.

**Description of Mark**
The mark consists of a capitalized letter "R" and smaller capitalized
letters "E", "A" and "L"; a capitalized letter "N" and lower-case
letters "a", "t", "u", "r", "a", "l"; an ampersand; and a capitalized
letter "O" and lower-case letters "r", "g", "a", "n", "1", "c".

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2009/09/23

**Examining Attorney**
STIGLITZ, SUSAN

-2-

# Natural & Organic
### REAL

| To: | MG ICON LLC (ptarshis@iconixbrand.com) |
| Subject: | U.S. TRADEMARK APPLICATION NO. 85036126 - MATERIAL GIRL - N/A |
| Sent: | 8/25/2010 12:41:17 PM |
| Sent As: | ECOM109@USPTO.GOV |
| Attachments: | |

# IMPORTANT NOTICE REGARDING YOUR TRADEMARK APPLICATION

**Your trademark application (Serial No. 85036126) has been reviewed. The examining attorney assigned by the United States Patent and Trademark Office ("USPTO") has written a letter (an "Office action") on 8/25/2010 to which you must respond (*unless the Office letter specifically states that no response is required*). Please follow these steps:**

**1.    Read    the    Office    letter    by    clicking    on    this    link** http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=85036126&doc_type=OOA&

**OR go to http://tmportal.uspto.gov/external/portal/tow** and enter your serial number to access the Office letter.  If you have difficulty accessing the Office letter, contact **TDR@uspto.gov**.

**PLEASE NOTE:** The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**2. Contact** the examining attorney who reviewed your application if you have any questions about the content of the Office letter (contact information appears at the end thereof).

**3. Respond** within 6 months, calculated from **8/25/2010** (*or sooner if specified in the Office letter*), using the Trademark Electronic Application System (TEAS) **Response to Office Action form**. If you have difficulty using TEAS, contact **TEAS@uspto.gov**.

## ALERT:

**Failure to file any required response by the applicable deadline will result in the ABANDONMENT (loss) of your application.**

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.**

Exhibit G

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85116651**
**Filing Date: 08/26/2010**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| MARK INFORMATION | |
| *MARK | MATERIAL GIRL |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| *LITERAL ELEMENT | MATERIAL GIRL |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | MG ICON LLC |
| *STREET | 1450 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 10018 |

| EMAIL ADDRESS | atarshis@iconixbrand.com |
|---|---|
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| *STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 020 |
| IDENTIFICATION | Accent pillows; Bath pillows; Bed pillows; Pillows |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 021 |
| IDENTIFICATION | Bathroom pails; Holders for toilet paper; Soap holders; Toothbrush holders |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 024 |
| IDENTIFICATION | Bath linen; Bath sheets; Bath towels; Beach towels; Bed blankets; Bed sheets; Blanket throws; Comforters; Coverlets; Curtains; Dust ruffles; Duvet covers; Duvets; Hand towels; Pillow cases; Pillow shams; Quilt covers; Quilts; Sheet sets; Shower curtain liners; Shower curtains; Towels |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 027 |
| IDENTIFICATION | Area rugs; Bath mats; Non-slip bath tub mats; Rugs |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION | |

| | |
|---|---|
| (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Andrew R. Tarshis |
| FIRM NAME | Iconix Brand Group, Inc. |
| *STREET | 1450 Broadway |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 10018 |
| *EMAIL ADDRESS | atarshis@iconixbrand.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 4 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 1100 |
| **SIGNATURE INFORMATION** | |
| *SIGNATURE | /atarshis/ |
| *SIGNATORY'S NAME | Andrew R. Tarshis |
| *SIGNATORY'S POSITION | EVP |
| *DATE SIGNED | 08/26/2010 |

### Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 85116651**
**Filing Date: 08/26/2010**

## To the Commissioner for Trademarks:

**MARK:** MATERIAL GIRL (Standard Characters, see mark)
The literal element of the mark consists of MATERIAL GIRL.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, MG ICON LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    1450 Broadway
    New York, New York 10018
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**

    International Class 020:  Accent pillows; Bath pillows; Bed pillows; Pillows
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**

    International Class 021:  Bathroom pails; Holders for toilet paper; Soap holders; Toothbrush holders
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**

    International Class 024:  Bath linen; Bath sheets; Bath towels; Beach towels; Bed blankets; Bed sheets; Blanket throws; Comforters; Coverlets; Curtains; Dust ruffles; Duvet covers; Duvets; Hand towels; Pillow cases; Pillow shams; Quilt covers; Quilts; Sheet sets; Shower curtain liners; Shower curtains; Towels
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**

International Class 027:  Area rugs; Bath mats; Non-slip bath tub mats; Rugs
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related
company or licensee the mark in commerce on or in connection with the identified goods and/or services.
(15 U.S.C. Section 1051(b)).

Correspondence Information: Andrew R. Tarshis

> 1450 Broadway
> New York, New York 10018
> atarshis@iconixbrand.com (authorized)

A fee payment in the amount of $1100 has been submitted with the application, representing payment for
4 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by
fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and
the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is
properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to
be the owner of the trademark/service mark sought to be registered, or, if the application is being filed
under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce;
to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right
to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to
be likely, when used on or in connection with the goods/services of such other person, to cause confusion,
or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and
that all statements made on information and belief are believed to be true.

Signature: /atarshis/  Date Signed: 08/26/2010
Signatory's Name: Andrew R. Tarshis
Signatory's Position: EVP

RAM Sale Number: 2376
RAM Accounting Date: 08/27/2010

Serial Number: 85116651
Internet Transmission Date: Thu Aug 26 15:52:11 EDT 2010
TEAS Stamp: USPTO/FTK-38.105.225.1-20100826155211265
126-85116651-4709a6087f96d1af4401236e1d8
1259f587-DA-2376-20100826153641552550

# MATERIAL GIRL

Exhibit H



**Indianapolis Mom's $5 Wrinkle Trick** Dermatologists DON'T want you knowing about this Skin Care Secret!

**Banks Forced To Forgive Credit Card Debt** New Credit Laws Allow IN Consumers to Reduce Debt up to 60%

**Indianapolis Mom Makes $77/hr** Unemployed Mom Makes $6,795/Month Working Online! Read How She Did

| Index of Perfume Reviews | Index of New Perfumes | Perfume Images & Ads | Beauty Notes | Celebrity Fragrances |
|---|---|---|---|---|

Ads by Google    Buy Fragrance Perfume    Perfume Online    Fragrance    Perfume for Men

Home

Contact Information

Search

MONTHLY ARCHIVES

Select...



## It's Official, Madonna will Launch a Material Girl Fragrance in 2011 {Fragrance News} {Celebrity Perfume}



©Mazur



**CATEGORIES**

- Ask Marie-Helene
- **BEAUTY NOTES**
  - Bath & Body
  - Beauty News
  - Grooming
  - Hair
  - Look of the Day
  - Makeup
  - Nails
  - New Beauty Products
    - Beauty & Olfaction
    - Beauty & Technology
    - Color
  - Retro Beauty
  - Skin
  - The Drugstore Lottery
- Beauty & Society
- Beauty Shopping Tips
- Beauty Tools & Accessories
- Blogroll
- Blotter Notes
- Bookshelf
- CULTURAL NOTES
- Celebrity Perfumes
- Contests & Giveaways
- Directory of Perfumers, Artistic Directors, & Fragrance Designers}

It has long been rumored that an upcoming Madonna fragrance was a possibility. In the fall of 2007 the singer was already reported to be **shopping around for a perfume deal.** Meanwhile Mypa had put out a series of **Madonna Nudes 1979** scents over which she has had no control as **the photographs of Martin Schreiber** came back from the past.

But today, the Iconix Brand Group Inc, have announced that the Material

**THE BUZZ**



**THE BUZZ**

Jennifer Lopez Love and Glamour

Penhaligon's Sartorial

Yves Rocher Vanille Noire

Les Nez Parfums d'Auteur Manoumalia

Kat Von D Adora

Yves Saint Laurent Belle D'Opium

L'Artisan Parfumeur Coeur de Vétiver Sacré

Victoria's Secret Ooh La La

Creed Aventus

Estée Lauder Sensuous Noir

Mary J. Blige My Life

Lisa Hoffman Madagascar Orchid

Marc Jacobs Bang

Chanel Bleu de Chanel

Nina Ricci Nina L'Elixir

Bio' Rêve Sensuelle

Houbigant Quelques Fleurs l'Original

Jo Malone English Pear and Freesia

Bath & Body Works Warm Vanilla Sugar

Armani Acqua di Gioia: Take 2, The Lifestyle Fragrance Review

Armani Acqua di Gioia

Jennifer Aniston Eau de Parfum: Take 2, The Lifestyle Fragrance Review

Jennifer Aniston Eau de Parfum

Marc Jacobs Lola

Chloé Eau de Parfum Intense

Jessica Simpson Fancy Nights

Girl fashion collection which will be developed by Madonna, her daughter Lourdes Leon and the in-house fashion team, will also comprise beauty products and a fragrance in the beginning of 2011...

**Wholesale Perfume**   FragranceX.com
14,000 Brand Names, Fast Shipping 100% Authentic and Genuine Products

**ThePerfumeSpot.com** www.ThePerfumeSpot.com
Save up to 80% on Brand Name Perfumes & Colognes. Order Now!

**Crabtree & Evelyn** www.Crabtree-Evelyn.com
Choose From an Extensive Collection of Bath & Body Products Today.

**Best Perfumes for Women** www.OPerfume.com
85% off Retail. 100s of Brand Name Perfumes. Free Shipping!

Ads by Google

It looks like the perfume will most likely be about the coherent branding of Material Girl than about Madonna's personal aesthetic cho

Posted by Marie-Helene "May" Wagner on March 10, 2010 | Permalink

Digg This    Stumble    Facebook    Del.icio.us

- **FEATURED ARTICLES**
- **Fashion Notes**
- **Flacon Faux Pas**
- **Fragrance News**
  - **New Flacon**
- **Fragrance of the Moment**
- **Fragrances of Paris**
- **Fragrant Readings**
- **Fragrant Recipes**
- **Fragrant Shopping**
- **Free Samples**
- **Green Products**
- **Hasty-Reviews**
- **Historical Fragrances**
- **Home Fragrance**
- **INDEX of PERFUME REVIEWS**
  - **PERFUME HOUSES A to H**
  - **PERFUME HOUSES I to P**
  - **PERFUME HOUSES Q to Z**
- **Luxury Perfumes**
- **Men's Colognes**
- **My Perfume Desires of the Week**
- **NOTEBOOKS**
  - **FRESH & CLEAN**
  - **ROSE**
  - **VIOLET**
- **New Perfumes**
- **Passion for Perfume - Portraits**
- **Perfume & Art**
- **Perfume Bottles**
- **Perfume History & Facts**
- **Perfume Images & Adverts**
- **Perfume Lists**
- **Perfume Q & A**
- **Perfume Review & Musings**
- **Perfume Shopping Tips**
- **Perfume Shorts**
- **Perfume Streetwear**
- **Perfume Vocabulary**
- **Perfumista on a Shoestring**
- **Scented Paths & Fragrant Addresses**
- **Scented Quote of the Day**
- **Scented Thoughts**

Pacifica Malibu Lemon Blossom

Lush - Gorilla Perfumes Tuca Tuca

Parfums DelRae Coup de Foudre

Serge Lutens Tubéreuse Criminelle

Lubin Vétiver Bluff

Hermès Eau Claire des Merveilles

FlowerbyKenzo La Cologne

Gucci Guilty

By Kilian Rose Oud

Paco Rabanne Lady Million

Serge Lutens L'Eau

Dior Escale aux Marquises

Serge Lutens Bas de Soie

Gucci by Gucci Sport pour Homme

Chloé Capucine

Beyoncé Heat

Chanel Eau de Cologne (English Version)

Chanel Eau de Cologne (Version française)

Diptyque Vétyvério

Guerlain Vétiver pour Elle

Marc Jacobs Splash Collection 2010: Apple, Biscotti, Pomegranate

Caron Tubéreuse

Avon Outspoken by Fergie

PureDKNY

Jo Malone Iris and White Musk Cologne Intense

Jo Malone Cologne Intense Rose Water and Vanilla

Chanel Chance Eau Tendre

The Popularity of Clover Aroma and L.T. Piver Trèfle Incarnat in Literature and Perfume since the 19th Century - Part 1

Balenciaga Paris Eau de Parfum

**LATEST POSTS FROM BEAUTY AND THE SALAMANDER**

* Words of Beauty
  Wisdom from ...

* Sniffing Suggestions
* Spotlight on a Brand
* The Fifth Sense in the News
* The Readers Talk Back
* Trend Alert
  * Color Story
* Visual & Scent Styling
* Women Quote of the Day

**LATEST COMMENTS**

Richard on Kim Kardashian Eau de Parfum (2010): Bombshell White Floral with a Touch of Sorrow {Perfume Review} {Celebrity Fragrance} : Your p videos are fantastic Kim. I'm sure these products are fantastic ...

Marie-Helene "May" Wagner on Jennifer Lopez Love and Glamour (2010): One More Peachy Fruity-Floral, and Counting {Fragrance Review} {Celebrity Perfume} : Yes, a body spray is a good analogy :)

supermanjonjon@yahoo.com on Jennifer Lopez Love and Glamour (2010): One More Peachy Fruity-Floral, and Counting {Fragrance Review} {Celebrity Perfume} : Yeah I was rather disappointed with Love & Glamour. I was not ...

Marie-Helene "May" Wagner on Ambre et Diamant Noir by Ambregris {Perfume Review & Musings} : I hope you don't mind, but I thought it was worthwhile to ...

Marie-Helene "May" Wagner on Lorenzo Villoresi Iperborea (2010) & New e-Boutique for the Master-Perfumer from Florence {New Perfume} {Scented Paths & Fragrant Addresses} : Thank you for dropping by. Yes, there is, I am sure, a ...

Fruitful on Lorenzo Villoresi Iperborea (2010) & New e-Boutique for the Master-Perfumer from Florence {New Perfume} {Scented Paths & Fragrant Addresses} : Thankyou for this post. I stumbled across it searching for somewhere to ...

Joseph De Stefano on Ambre et Diamant Noir by Ambregris {Perfume Review & Musings} : this scent is very refined and speaks of a complex and sophisticated ...

Marie-Helene "May" Wagner on Yves Saint Laurent Belle d'Opium (2010): Sacrificed {Fragrance Review} : Thanks -

- Uriage Bariéderm Cream is Like ...
- Olay Definity Self Repair Serum: ...

- It was a bit of case of seeing the king ...

Jay R. on Yves Saint Laurent Belle d'Opium (2010): Sacrificed {Fragrance Review} : Wow am I disappointed. I was so much looking forward to Belle ...

Marie-Helene "May" Wagner on John Galliano Parlez-Moi d'Amour (2010): Write me a Love Letter {New Fragrance} {Celebrity Perfume} : Yes, let's cross fingers and hope it's not a condescending composition ...

John Pals on John Galliano Parlez-Moi d'Amour (2010): Write me a Love Letter {New Fragrance} {Celebrity Perfume} : I love Turkish rose essences scent. I hope there will be more ...

Marie-Helene "May" Wagner on Guess by Marciano (2008) {New Fragrance} : It's different, much more ambery and warm while Versace Bright Crystal ...

Marie-Helene "May" Wagner on Hermès Launch New Hermessence: Iris Ukiyoé (2010) {New Fragrance} : Come back for the review! :)

arch.memory on Hermès Launch New Hermessence: Iris Ukiyoé (2010) {New Fragrance} : OMG, I think I'm hyperventilating! I can't wait to try this!!!

Marie-Helene "May" Wagner on Perfume Review & Musings: Zibeline by Weil : Linda, A Zibeline by Weil has been re-edited this year. You can ...

**RECENT POSTS**

- Scented Quote of the Day from Gérard Margeon: On Dominant Tastes in Wine Today and Smell Blindness
- Katy Perry Purr (2010) {New Fragrance} {Celebrity Perfume}
- A Very Hollywood Halloween: Last Minute Ideas

All original content and translations herein copyright © 2006. All rights reserved; reproduction requires the author's prior written consent. You are however welcome to provide a link back to the posts on this site as long as you explicitly mention their authorship, recognize the

original source of the
information you give, and
acknowledge the site of origin.

Powered by
Movable Type 4.32-en



Subscribe to: ♠ Magazine  ▦ Email Newsletter  ⋐ RSS Feed  ▣ LinkedIn  ◉ Twitter  ◼ Facebook



REPORT & ART    ABOUT    EVENTS    WEBINARS    ADVERTISE

* Home
* Features
* Industries
* In The News
* Buyer's Guide
* Formulary
* New Products
* Columnists
* Trade Associations
* Supplier's Corner
* Archives
* Current Print Edition
* Videos from HAPPI TV
* White Papers
* Wipes
* Blog
* My HAPPI
* Contact HAPPI
* Classifieds
* Events & Webinars
* Literature Showcase
* Website Showcase
* Corporate Profiles

## IN THE NEWS                                              🖶 Print

### Madonna's Material Girl Line To Include Fragrance
2010-03-10 | 03:12

MG Icon, the newly formed joint venture between Madonna and
Iconix Brand Group, has announced its first direct-to-retail license
agreement with Macy's, Inc. for Material Girl, a new fashion line,
which will eventually include beauty products. Inspired and designed
in collaboration with Madonna and her daughter Lourdes, the
Material Girl junior collection will launch exclusively in approximately
200 Macy's stores and online in August. It will feature footwear,
handbags and jewelry priced between $12.00-$40.00. According to
MG Icon, future expansion plans call for Material Girl to be active in
the beauty sector, with a fragrance bowing in 2011.

### News Calendar

| < S | M | T | W | T | F | > S |
|---|---|---|---|---|---|---|
| | | | March | | | |
| | **1** | **2** | **3** | **4** | **5** | 6 |
| 7 | **8** | **9** | **10** | **11** | **12** | 13 |
| 14 | **15** | **16** | **17** | **18** | **19** | 20 |
| 21 | **22** | **23** | **24** | **25** | **26** | 27 |
| 28 | **29** | **30** | **31** | | | |

Back to latest news

### Buyer's Guide

**Search the Buyer's Guide for a company:**

[                    ]  Search

**Search the Buyer's Guide for a category:**

[                    ]  Search

**Search the Buyer's Guide for a term:**

This will search both companies and categories

[                    ]  Search



News from our Sister Sites:



**beauty**

Alliance Boots Reveals Strong Sales

Taylor Swift and Elizabeth Arden Sign Fragrance Deal

Prestige Boutique Beautybar.com is Launched

**Nonwovens Industry**

Bossa Nova Reveals New Consumer Data on Antioxidants

Used As a Treatment, DHA Fails in Alzheimer's Study

NPA Discusses Industry Impact of 2010 Election Results

**NONWOVENS**

K-C Professional Introduces WypAll Wipers with 40% Post-Consumer Recycled Fiber

Avgol To Invest In Two New Reicofil Lines

Vita Nonwovens launches EnGuard Blanket Insulation

**Printed Electronics**

Identive Group to Acquire Smartag

Federal Signal Appoints Dennis J. Martin as President, CEO

About Us  |  Current Issue  |  Breaking News  |  Events  |  Webinars  |  Archives  |  Subscribe Now  |  Advertising  |  Contact Us

**Please visit our Sister Sites:**

BeautyPackaging.com          Happi.com          MDeviceNow.com          NutraceuticalsWorld.com          RODMAN
CoatingsWorld.com            InkWorldMagazine.com          MPO-mag.com          ODTmag.com          PUBLISHING
ContractPharma.com           LabelAndNarrowWeb.com          Nonwovens-Industry.com          PrintedElectronicsNow.com

Subscribe to a magazine:     [ Go ]     Subscribe to eNewsletter:     [ Go ]

Copyright © 2010 Rodman Publishing / HAPPI. All rights reserved. Use of this constitutes acceptance of our Privacy Policy
The material on this site may not be reproduced, distributed, transmitted, or otherwise used, except with the prior written permission of Rodman Publishing /
HAPPI.



# FAST©MPANY.©M

**Where ideas and people meet**

## Madonna Inks Teenage Fashion, Perfume Deals, Bea Girl" Joke

BY ADDY DUGDALE Fri Mar 12, 2010



Anything that Stella McCartney can do, Madonna Louise Veronica Ciccone Penn Ritchie Insert Yoi
obviously feels she can do better. She's just inked a deal with Iconix Brand Group that will see her
children that will be sold at Macy.

The MG Icon range (that's Material Girl) will cost between $12 and $40 and comprise of back-to-s
handbags, and jewelry. It'll be interesting to know which of her looks the once-chameleonic star wi

as I can remember, the Disco Slut era was followed by the Lapsed Catholic Slut era, which in turn l
-Wotsits, and Italians Do It Better. What is most ironic about this announcement is that, while one
recent years have seen her pottering about in Adidas tracksuits, Ed Hardy tees, and big puffy anor;
perhaps.



And then there was this--M's first foray into fashion retailing: her collection for H&M. Capsule-lik
only thing you could really say about it was don't light a cigarette while you're wearing any of the n
garments. There was also, if I remember rightly, a risible pair of sunglasses with a gilt M on the ari

While the statement from Iconix was positively fawning spaniel-like in its euphoria, Madonna's wa
forces to bring my fashion ideas to consumers is very exciting for me," she said. But you've got to g
multi-tasking, she probably whipped off this statement at the same time she was chowing down or
minimizing her bingo wings, laying down the lyrics for her next album, showing up on *The Marria*
healing the world, and berating an assistant.

RSS Those of you who feel too old to be able to really work the look will have to wait for the singer's fra;
released sometime next year. As to what it will smell like--money, a virgin?--well, your guess is as ;
mine.

[Via <u>Daily Mail</u>]

# login or register to post comments

Browse current issue ›

Subscribe to Fast
Company ›

Digg    StumbleUpon    Facebook
Twitter    Buzz Up!



47 °   Today's Paper   Login   Register   Classifieds ▾   Archives   Subscribe



**NEW YORK POST**
Last Updated:Thu., Nov. 4, 2010, 01:01pm

Charlie Sheen   Andrew Cuomo   Sandy Alderson   Joe Girardi   Lady Gaga        **PHOTOS   VIDEOS   BLOGS**

**News**
- Waldorf 'bugged'
- Underground grilled-cheese dealer goes legit
- Cash for Xmas

**Page Six**
**Family furious**
Disney star Demi Lovato's family is furious over comments...
Gossip   Celeb Photos   PopWrap

**Sports**
**All business**
Hal Steinbrenner isn't the only businessman in the room. Sitting...
Teams ▾   High Schools   Scores   TV

**Entertainment**
**Jay-Z's rise**
Jay-Z remembers the first time he heard someone rap. He was a kid...
Movies   Events   Travel

Home   NYC Local   Business   Opinion   Columnists ▾   Politics   Metro   US News   World News   Real Estate ▾   Weird But True   Crime   Lottery
Business   Residential Real Estate   Commercial Real Estate   Jobs   John Crudele   Keith Kelly   Steve Cuozzo   Lois Weiss   Terry Keenan   Jennifer Gould Keil

**Story**

**Related Stories**

Kanye West, Jessica Simpson headline Macy's Thanksgiving Day Parade

Madonna has new young toy boy: Madonna

Madonna nut told: Stay away

Madge takes Manhattan

**Comment**

# Two 'Material Girls'

By PAUL THARP
Last Updated: 4:20 AM, March 11, 2010
Posted: 1:27 AM, March 11, 2010
Comments:   0

Like    Be the first of your friends to like this.

0                                                   More ☞ Print



Look out, Ralph and David Lauren — there's a new parent-child fashion team about to walk the runway.

The father-son team behind Polo Ralph Lauren will now be joined by Madonna and her 13-year-old daughter Lourdes, who yesterday announced they are launching a teen fashion line called Material Girl this August, just in time for back-to-school.

The collection, whose name is borrowed from Madonna's popular 1985 hit single of the same name, will be available in August at Macy's, and will feature clothing, shoes and accessories such as handbags and jewelry, all at affordable prices. Additional plans call for Material Girl to launch a fragrance next year.



FAMILY AFFAIR: Madonna and her daughter Lourdes will be launching a teen clothing line called "Material Girl," in August.
DAVE ALLOCCA/STARPIX

The mother-daughter line will be operated out of a newly created joint venture called MG Icon LLC, which is a joint venture owned by Iconix Brand Group and an entity run by Madonna and Guy Oseary, the singer's manager. In addition to pursuing the Material Girl brand, MG Icon will also look to acquire other brands.

In describing the line, MG Icon said that Madonna and her daughter, who has emerged as a style maven in her own right, worked with an Iconix team to come up with clothing.

"Joining forces with Iconix to bring my fashion ideas to consumers is very exciting for me," the material girl said in a statement, adding that she "looks forward to working closely" with Iconix "to create and translate my vision and ideas for MG Icon."

Added Iconix boss Neil Cole, "We are excited to announce the first in a series of new brands that will be developed under our partnership with Madonna. Material Girl has a powerful retail partner in Macy's and we look forward to working together to deliver an innovative launch for our consumers."

Material Girl joins a long list of brands in the Iconix stable, including Badgley Mischka, which it bought in 2004, along with Mossimo and Ed Hardy.
paul.tharp@nypost.com

**Post Pics**  Today in Pictures




**Click on Each Photo**   More in **Photos**

**Sponsored Links**

**Penny Stock Jumping 2000%**
Sign up to the #1 voted penny stock newsletter for free today!
www.AwesomePennyStocks.com

**Online Six Sigma Training**
Earn A Six Sigma Master Certificate Today From Villanova University
www.Villanova U.com/

**Form an LLC Online**
Download the forms to form your LLC and start your entrepreneur dream!
www.JustClickLocal.com



NYPOSTONLINE.COM, and NEWYORKPOST.COM are trademarks of NYP Holdings, Inc.
Copyright 2010 NYP Holdings, Inc. All rights reserved. Privacy | Terms of Use